IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00953-WYD-BNB

MARIKA KURZENBERGER,

Plaintiff,

v.

THE CITY OF TRINIDAD,
JAMES SOLTIS, individually and in his official capacity,
CHARLES GLORIOSO, individually and in his official capacity,
NICK PLATIAS,
DOUG PACHELLI, and
JOHN MASSAROTTI,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

 This matter is before the Court on the **Unopposed Motion to Vacate Scheduling Conference of August 10, 2006** [docket no. 18, filed July 25, 2006] (the "Motion").

 IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for August 10, 2006, is **vacated and reset to September 14, 2006, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **September 7, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: July 26, 2006