IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00953-WYD-BNB

MARIKA KURZENBERGER,

Plaintiff,

v.

THE CITY OF TRINIDAD,
JAMES SOLTIS, individually and in his official capacity,
CHARLES GLORIOSO, individually and in his official capacity,
NICK PLATIAS,
DOUG PACHELLI, and
JOHN MASSAROTTI,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Attend September 14, 2006, Scheduling Conference by Telephone** [docket no. 47, filed August 29, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and out-of-town counsel wishing to appear by telephone may do so by coordinating with each other and calling Chambers together on ONE LINE at 303/844-6408.

DATED:  August 29, 2006