IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00953-WYD-BNB

MARIKA KURZENBERGER,

    Plaintiff,

v.

THE CITY OF TRINIDAD;
JAMES SOLTIS, Individually and in His Official Capacity;
CHARLES GLORIOSO, Individually and in His Official Capacity;
NICK PLATIAS;
DOUG PACHELLI; and
JOHN MASSAROTTI,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to File Sur-reply to Defendant Soltis' Reply to Plaintiff's Response to Defendant Soltis' Motion to Dismiss Plaintiff's Amended Complaint filed October 20, 2006, is **GRANTED.** Plaintiff will have up to and including November 2, 2006 in which to file a sur-reply. Plaintiff's alternative Opposed Motion to Strike Defendant Soltis' Reply to Plaintiff's Response to Soltis' Motion to Dismiss Plaintiff's Amended Complaint filed October 20, 2006, is **DENIED**.

    Dated: October 20, 2006