IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00953-WYD-BNB

MARIKA KURZENBERGER,

Plaintiff,

v.

THE CITY OF TRINIDAD,
JAMES SOLTIS, individually and in his official capacity,
CHARLES GLORIOSO, individually and in his official capacity,
NICK PLATIAS,
DOUG PACHELLI, and
JOHN MASSAROTTI,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Opposed Motion for Leave to File Second Amended Complaint and Jury Demand** [Doc. # 64, filed 9/20/2006] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the plaintiff's **Second Amended Complaint and Jury Demand** [Doc. # 64-2, filed 9/20/2006], submitted with the Motion to Amend.

IT IS FURTHER ORDERED that all pending motions to dismiss are DENIED as withdrawn.

IT IS FURTHER ORDERED that the defendants shall respond to the Second Amended Complaint and Jury Demand on or before **November 2, 2006**.

Dated October 23, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge