IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-00953-WYD-BNB | Date: October 23, 2006 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| MARIKA KURZENBERGER, | Hollie Wieland |
| Plaintiff, | |
| v. | |
| CITY OF TRINIDAD, | Cathy Greer |
| and JAMES (I) SOLTIS, | Thomas Condas |
| and CHARLES (I) GLORIOSO, | Eric Ziporin |
| individually and in his official capacity | |
| and NICK PLATIAS, | Wendy Shea |
| and DOUG PACHELLI, | Gordon Vaughan |
| and JOHN MASSAROTTI, | Peter Doherty |
| Defendants. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     10:06 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Opposed Motion for leave to file second amended complaint and jury demand(9/20/06 #64) is GRANTED as stated on the record. Defendants' shall respond to second amended complaint on or before November 2, 2006.**

**ORDERED: All motions to dismiss are withdrawn.**

Court in Recess     10:13 a.m.     Hearing concluded.

Total time in court:     00:07