IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00953-WYD-BNB

MARIKA KURZENBERGER,

Plaintiff,

v.

THE CITY OF TRINIDAD,
JAMES SOLTIS, individually and in his official capacity,
CHARLES GLORIOSO, individually and in his official capacity,
NICK PLATIAS,
DOUG PACHELLI, and
JOHN MASSAROTTI,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Opposed Motion for Leave to File Third Amended Complaint and Jury Demand** [Doc. # 99, filed 11/22/2006] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the plaintiff's **Third Amended Complaint and Jury Demand** [Doc. # 99-2, filed 11/22/2006], submitted with the Motion to Amend.

IT IS FURTHER ORDERED that the defendants shall respond to the Second Amended Complaint and Jury Demand on or before **January 16, 2007**.

Dated January 2, 2007.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge