IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00953-WYD-BNB

MARIKA KURZENBERGER,

Plaintiff,

v.

THE CITY OF TRINIDAD,
JAMES SOLTIS, individually and in his official capacity,
CHARLES GLORIOSO, individually and in his official capacity,
NICK PLATIAS,
DOUG PACHELLI, and
JOHN MASSAROTTI,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 1, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge