IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00953-WYD-BNB

MARIKA KURZENBERGER,

    Plaintiff,

v.

THE CITY OF TRINIDAD;
JAMES SOLTIS, Individually and in His Official Capacity;
CHARLES GLORIOSO, Individually and in His Official Capacity;
NICK PLATIAS;
DOUG PACHELLI; and
JOHN MASSAROTTI,

    Defendants.

## AMENDED ORDER

THIS MATTER is before the Court on Plaintiff and Defendants James Soltis, Charles Glorioso, Nick Platias, Doug Pachelli, and John Massarotti's Stipulation of Dismissal with Prejudice [Docket # 137], filed February 1, 2007.  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between these parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED**.  It is

FURTHER ORDERED that the claims against Defendants James Soltis, Charles Glorioso, Nick Platias, Doug Pachelli, and John Massarotti's are **DISMISSED WITH**

**PREJUDICE**, each party to pay their own costs and attorneys fees.

Dated:  February 6, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge