IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00953-WYD-BNB

MARIKA KURZENBERGER,

    Plaintiff,

v.

THE CITY OF TRINIDAD;
JAMES SOLTIS, Individually and in His Official Capacity;
CHARLES GLORIOSO, Individually and in His Official Capacity;
NICK PLATIAS;
DOUG PACHELLI; and
JOHN MASSAROTTI,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

    The parties have filed a Stipulation for Dismissal with Prejudice between the Plaintiff and Defendant The City of Trinidad [Docket # 140].  After a careful review of the Stipulation and the file, the court concludes that the claims against Defendant should be dismissed.

Accordingly, it is

    ORDERED that the claims and causes of action asserted against Defendant The City of Trinidad are dismissed with prejudice, each party to pay their own costs and attorney's fees.  It is

    FURTHER ORDERED that since all Defendants have now been dismissed from the case, the case in its entirety is **DISMISSED WITH PREJUDICE**.

Dated: February 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge